**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

JEFFREY WALKER,

       Plaintiff,

v.                                                              CASE NO.  4:07cv180-RH/WCS

FLORIDA PAROLE COMMISSION,
et al.,

       Defendants.

_____/

**<u>ORDER OF DISMISSAL</u>**


       This matter is before the court on the magistrate judge's report and

recommendation (document 6), and the objections thereto (document 7).  I have

reviewed de novo the issues raised by the objections.  Upon consideration,

       IT IS ORDERED:

       The report and recommendation is ACCEPTED and adopted as the opinion

of the court.  The complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B).

The clerk shall enter judgment accordingly, shall enter on the docket that the case

was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B), and shall close the file.

SO ORDERED this 24th day of June, 2007.

s/Robert L. Hinkle
Chief United States District Judge