# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JEFFREY WALKER,

    Plaintiff,

v.                              CASE NO. 4:07cv180-RH/WCS

FLORIDA PAROLE COMMISSION,
et al.,

    Defendants.

_____/

## ORDER ON FILING DATE OF NOTICE OF APPEAL

    This matter is before the court on limited remand from the United States Court of Appeals for determination of the date when plaintiff delivered his notice of appeal to prison officials for forwarding the this court. Upon consideration of the magistrate judge's report and recommendation (document 16), to which no objections have been filed,

    IT IS ORDERED:

    1. The report and recommendation is ACCEPTED and adopted as the opinion of the court. It is hereby determined that plaintiff delivered his notice of

appeal to prison officials on or before July 24, 2007 (which was 29 days after entry of the judgment from which plaintiff seeks to appeal).

  2.  The clerk shall re-enter the notice of appeal (document 10) on the docket with the mailing envelope attached to the notice.

  3.  The clerk shall immediately transmit a supplemental record to the Eleventh Circuit Court of Appeals including the report and recommendation, this order, and the notice of appeal (with mailing envelope) as re-entered on the docket.

  4.  The clerk shall serve this order on defendant in accordance with the instructions included in the report and recommendation.

  SO ORDERED this 7th day of October, 2007.

             s/Robert L. Hinkle
             Chief United States District Judge